**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 13-1558**

—————————

ANTOINE FORD,

                Plaintiff - Appellant,

     v.

FOOD LION, LLC,

                Defendant - Appellee.

—————————

**No. 13-1983**

—————————

ANTOINE FORD,

                Plaintiff - Appellant,

     v.

FOOD LION, LLC,

                Defendant - Appellee.

—————————

Appeals from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad,
Jr., District Judge. (3:11-cv-00625-RJC-DCK)

—————————

Submitted:  October 31, 2013     Decided:  November 4, 2013

—————————

Before WILKINSON, KING, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

---

Antoine Ford, Appellant Pro Se.  Melissa Romanzo, HUNTON & WILLIAMS, LLP, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Ford appeals the district court's orders granting Defendant's motion to enforce the settlement agreement and denying Ford's second Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Ford v. Food Lion, LLC (W.D.N.C. Mar. 29, 2013 & July 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3